# No. 24-2168

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

FLUOR FEDERAL SOLUTIONS, LLC,

*Plaintiff-Appellee*,

v.

BAE SYSTEMS ORDNANCE SYSTEMS, INC.,

*Defendant-Appellant*.

Appeal from the United States District Court for the Western District of Virginia,
No. 7:19-cv-00698-EKD, Hon. Elizabeth K. Dillon

## MOTION TO WITHDRAW DIANA L. KIM AS COUNSEL

Defendant-Appellant BAE Systems Ordnance Systems, Inc. ("BAE") moves to withdraw Diana L. Kim as counsel in this appeal. Ms. Kim is leaving the firm Morrison & Foerster LLP, which represents BAE in this appeal. All other counsel who have entered an appearance for BAE will continue to represent BAE. Pursuant to Local Rule 46(c), BAE has been notified of the withdrawal.

Dated:  March 6, 2025                    Respectfully submitted,

/s/ Brian R. Matsui
Brian R. Matsui
Morrison & Foerster LLP
2100 L Street NW, Suite 900
Washington, DC 20037
Tel.:  (202) 887-8784
BMatsui@mofo.com

*Counsel for BAE Systems Ordnance Systems, Inc.*

# CERTIFICATE OF COMPLIANCE

The foregoing filing complies with the relevant type-volume limitations and typeface and type style requirements of the Federal Rules of Appellate Procedure and Fourth Circuit Local Rules because it has been prepared using a proportionally spaced typeface and includes 56 words, excluding the parts exempted by the Rules.

Dated: March 6, 2025                                        /s/ Brian R. Matsui
                                                                        Brian R. Matsui

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system on March 6, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: March 6, 2025                                    /s/ Brian R. Matsui
                                                                              Brian R. Matsui